**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

**JORGE BOLIVAR,** individually and on behalf of all others similarly situated

Plaintiff,

v.

**OUTLINE OAKCREST ARMS, LLC**, a Florida limited liability company,

Defendant.

## COMPLAINT

COMES NOW, the Plaintiff, JORGE BOLIVAR (hereinafter as “Plaintiff”), on behalf of himself and those similarly situated, by and through the undersigned counsel and hereby brings this action against Defendant, OUTLINE OAKCREST ARMS, LLC (hereinafter referred to as “OUTLINE”), for violations under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (hereinafter as “FLSA”). Plaintiff seeks unpaid wages, liquidated damages or pre-judgment interest, post-judgment interest, reasonable attorney’s fee and costs from Defendant. Plaintiff also requests the Court to authorize concurrent notice to all persons who were formerly employed by Defendant or who were so employed during the Liability Period, informing them of the pendency of this action and their right to opt into this lawsuit pursuant to the FLSA, 29 U.S.C. § 216(b).

## JURISDICTION

1. This action arises under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* The Court has jurisdiction over this claim pursuant to 29 U.S.C. § 216(b), and 28 U.S.C. §1331 and

1337.

**VENUE**

2. Venue is proper in the United States District Court for the Southern District of Florida as the unlawful practices alleged herein took place in Miami-Dade County, Florida, and the Defendant is a Florida corporation who transacts business in Miami-Dade County, Florida, and the transaction that is the basis of Plaintiff's Complaint occurred within the District and venue, therefore, properly lies in this Court.

**PARTIES**

3. Plaintiff, JORGE BOLIVAR, is an individual residing in the County of Miami-Dade, State of Florida. Plaintiff became employed and hired by Defendant on or about December 20, 2013, and worked for Defendant as a "Maintenance Worker".

4. At all times material, Plaintiff, JORGE BOLIVAR, was an employee of Defendant within the meaning of the FLSA.

5. The Defendant, OUTLINE, is a limited liability company formed and existing under the laws of the State of Florida and at all times during Plaintiff's employment, Defendant was an employer as defined by 29 U.S.C. §203(d).

6. Plaintiff was an employee of Defendant and at all time relevant to the violations of the FLSA were engaged in commerce as defined by 29 U.S.C. §§206(a) and 207(a)(1).

7. Throughout Plaintiff's employment with Defendant, Defendant was an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. §203(r) and 203(s).

8. At all times material, Defendant employed employees who regularly were and are engaged

in commerce or the production of goods for commerce, with Defendant having annual gross volume of sales or business done of not less than $500,000 within the meaning of Sections 203(r) and (s) of the FLSA.

9. At all times material, Plaintiff regularly was engaged in commerce or the production of goods for commerce.

10. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiffs, are in the possession and custody of Defendant.

**COUNT I**
**FEDERAL MINIMUM WAGE**

11. Plaintiff, JORGE BOLIVAR, realleges and incorporates herein the allegations contained in paragraphs 1-10.

12. The Defendant willfully violated Section 6 and Section 15 of the Fair Labor Standards Act by failing to compensate the Plaintiff at a rate equal to the federal minimum wage requirement for work performed while employed by Defendant.

WHEREFORE, Plaintiff, JORGE BOLIVAR, demands judgment against the Defendant, jointly and severally, for the following:

(a) Unpaid minimum wages found to be due and owing;

(b) An additional amount equal to the minimum overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney’s fee and costs; and

(e) Such other relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

13. Plaintiff demands a jury trial on all issues so triable.

DATED: January 30, 2014

MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
bjm@mllawfl.com

By: /s/ Brian Militzok
BRIAN J. MILITZOK, ESQ
Fla. Bar No.: 0069993