UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-20375-UU

JORGE BOLIVAR, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OUTLINE OAKCREST ARMS, LLC, a Florida Limited Liability Company,

Defendant.
_______________________________________/

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, OUTLINE OAKCREST ARMS, LLC, a Florida Limited Liability Company, by and through its undersigned counsel, answers the Complaint filed against it as follows:

1. Defendant admits that this Court has jurisdiction pursuant to the cited statute but denies that Plaintiff is entitled to relief.

2. Defendant admits the allegations for the purposes of venue.

3. Defendant is without knowledge sufficient to form a belief as to the truthfulness of the allegations and therefore denies same.

4. Denied.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Defendant is without knowledge sufficient to form a belief as to the truthfulness of the allegations and therefore the allegations of Plaintiff's information and belief and therefore denies same.

11. Defendant realleges and affirms it answer to those paragraphs incorporated by reference.

12. Denied.

Any allegation not specifically answered is denied.

**AFFIRMATIVE DEFENSES**

1. **First Affirmative Defense:** At all times relevant hereto Plaintiff was acting as an independent contractor and not as an employee of the Defendant, so that Plaintiff was not subject to the Fair Labor Standards Act.

2. **Second Affirmative Defense:** At all times, the Defendant acted in good faith in the belief that Plaintiff was acting as an independent contractor and as such was not employed by them and subject to the Fair Labor Standards Act, so that liquidated damages should not be awarded or should be reduced.

3. **Third Affirmative Defense:** Defendant paid Plaintiff for the hours he provided services at more than the minimum wage, but to date Plaintiff has not cashed the check.

WHEREFORE, Defendant request that the Complaint filed against it be dismissed with

prejudice and the Court award its costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/Kenneth L. Minerley
Kenneth L. Minerley
Fla. Bar No. 0521840
ken@minerleyfein.com
**MINERLEY FEIN, P.A.**
*Attorneys for Defendant*
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone: 561/362-6699
Fax: 561/447-9884