**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:14-cv-20375-UU

JORGE BOLIVAR,

Plaintiff,

v.

OUTLINE OAKCREST ARMS, LLC,

Defendant.
_______________________________________/

**FINAL JUDGMENT**

Pursuant to the Notice of Plaintiff's Acceptance of Defendant's Offer of Judgment Pursuant to Rule 68, D.E. 8, it is

ORDERED AND ADJUDGED that a Final Judgment is hereby entered against Defendant and in favor of Plaintiff. It is further

ORDERED AND ADJUDGED that Defendant SHALL pay Plaintiff $443.75, exclusive of costs and attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of April, 2014.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record