**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:14-cv-20375-UU

JORGE BOLIVAR,

Plaintiff,

v.

OUTLINE OAKCREST ARMS, LLC,

Defendant.
______________________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court upon Plaintiff's Verified Motion for Award of Attorneys' Fees and Reasonable Expenses of Litigation, D.E. 17. The Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, has issued a Report and Recommendation, D.E. 21, dated August 1, 2014, recommending that the Motion be granted in part and denied in part. No party has filed an objection to the Report, and the time to do so pursuant to Local Magistrate Rule 4(b) has elapsed. The matter is therefore ripe for disposition.

THIS COURT has made a review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Report and Recommendation, D.E. 21, is RATIFIED, AFFIRMED and ADOPTED. The Verified Motion for Award of Attorneys' Fees, D.E. 17, is GRANTED IN PART and DENIED IN PART, consistent with the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of August, 2014.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record